**ORIGINAL**

# In the United States Court of Federal Claims

No. 16-019C
(Filed April 12, 2016)

```
*************************************
                                    *
BRET OGILVIE,                       *
                                    *
                Plaintiff,          *
                                    *
        v.                          *
                                    *
THE UNITED STATES,                  *
                                    *
                Defendant.          *
                                    *
*************************************
```

FILED
APR 12 2016
U.S. COURT OF
FEDERAL CLAIMS

## ORDER

On January 4, 2016, the plaintiff, Bret Ogilvie, filed a complaint against the United States for damages resulting from a property lien. Mr. Ogilvie did not include the filing fee with this complaint or an application to proceed *in forma pauperis* ("IFP form"). The clerk of this Court mailed the plaintiff a copy of the IFP form, which was then sent back to the Court blank. On March 8, 2016, the Court ordered the plaintiff to pay the filing fee or submit the completed IFP within 14 days of receipt of the order.

On March 21, 2016, Mr. Ogilvie again returned the blank IFP form. He also filed a response to the Order, in which he asserts that he is serving as his own attorney and had sent a bond to cover the filing fee. This Court does not accept bonds and has no record of receiving any fee from the plaintiff since the start of this case. As Mr. Ogilvie did not comply with the March 8th Order, the Court DISMISSES this case. The Clerk shall enter the judgment accordingly.

VICTOR J. WOLSKI
Judge

For s/ EDWARD J. DAMICH
Senior Judge